# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144112 & (27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 144112
        COA: 303977
        Oakland CC: 1997-154863-FC

MELVIN DeJESUS,
        Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 8, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for default judgment is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

t0618

_____
Clerk